IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| **BETTY SCALES** § | |
| § | |
| **V.** § | **NO. 1:06-CV-812** |
| § | |
| **ALLSTATE TEXAS LLOYD'S INC. and** § | |
| **RIMKUS CONSULTING GROUP, INC.** § | |

## ORDER ADOPTING
## <u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on December 27, 2006. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant Rimkus Consulting Group, Inc.'s motion to dismiss.

The magistrate judge's report is hereby **ADOPTED**. Plaintiff's claims against Rimkus Consulting Group, Inc. are **DISMISSED** with prejudice.

**SIGNED** this the **13** day of **February, 2007.**

_____
Thad Heartfield
United States District Judge